## HERRICK *against* WHITNEY AND OTHERS.

There is a warranty implied in the transfer of every negotiable instrument that it is not forged: therefore, the payee of a note is not a competent witness for the holder, in an action against the maker, although the holder took it at his own risk as to the solvency of the maker; the payee having a direct interest to charge the maker, in order to protect himself against his implied warranty.

THIS was an action of *assumpsit*, on a promissory note, dated *March* 6th, 1816, payable in six months to *John Fitch*, or bearer, and executed by the defendants. The cause was tried before Mr. J. *Platt*, at the *Oneida* circuit.

*Fitch* was called by the plaintiff as a witness to prove the execution of the note by the defendants, and stated that he transferred the note to one *Cummings* in payment for a pair of horses, but at the risk of *Cummings*, as to the solvency of the makers, and that he had no interest in the suit. The defendants' counsel objected to the competency of the witness; the judge, however, admitted him. A verdict was taken against the defendant, *Whitney*, for the amount of the note, subject to the opinion of the court, and in favour of the other defendants, who were proved to be infants.

The case was submitted to the court, without argument.

*Per Curiam.* The witness was responsible upon an implied warranty that the note was not forged. He, therefore, had a direct interest in establishing the fact which he was called to prove; for by obtaining a verdict for the plaintiff, on the plea of *non assumpsit,* he protected himself against his own warranty.

Judgment for the defendants.(*a*)

· (*a*) A forged note is not payment of goods sold, and the seller may treat it as a nullity, and bring his action on the original contract. (*Markle* v. *Hatfield,* 2 *Johns. Rep.* 455.) The vendor of a chattel, being liable to the vendee on the implied warranty of title, is not a competent witness in an action against the vendee by a person claiming it. (*Heermance* v. *Vernoy,* 6 *Johns. Rep.* 5.) For the same reason, the grantor of land, with warranty, express or implied, is inadmissible in support of his grantee's title. (*Jackson* and *Caldwell,* v. *Hallenback,* 2 *Johns. Rep.* 394. *Swift* v. *Dean,* 6 *Johns. Rep.* 523. *Smith* v. *Chambers,* 4 *Esp. Rep.* 164.)